AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 19-MJ-7194
INFORMATION ASSOCIATED WITH FACEBOOK )
USER ID 548243122 THAT IS STORED AT )
PREMISES CONTROLLED BY FACEBOOK INC. )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the __Northern__ District of __California__
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A, which is attached hereto and incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B, which is attached hereto and incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before __9/30/2019__ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __United States Magistrate Judge Eric I. Long__.
*(United States Magistrate Judge)*

☒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☒ for __30__ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

s/Eric Long

Date and time issued: __9/17/2019; 2:02 p.m.__ _____
*Judge's signature*

City and state: __Urbana, Illinois__ ERIC I. LONG, United States Magistrate Judge
*Printed name and title*

# ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with the Facebook user ID **548243122** that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.

## ATTACHMENT B

### Particular Things to be Seized

I. **Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

(a) All contact and personal identifying information, including user IDs: full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b) All activity logs for the account and all other documents showing the user's posts and other Facebook activities from April 5, 2016 through January 25, 2018;

(c) All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them from April 5, 2016 through January 25, 2018, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d) All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e) All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(f) All other records and contents of communications and messages made or received by the user from April 5, 2016 through January 25, 2018, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(g) All records related to transfers of funds through Facebook Messenger by or to the user from April 5, 2016 through January 25, 2018, including but not limited to: the identity of the senders and recipients, dates and times of transfers, amount, credit card and bank account information for the senders and recipients, IP addresses and device identifiers associated with transfers, and any related descriptions or messages pertaining to transfers.

(h) All "check ins" and other location information;

(i) All IP logs, including all records of the IP addresses that logged into the account;

(j) All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(k) All information about the Facebook pages that the account is or was a "fan" of;

(l) All past and present lists of friends created by the account;

(m) All records of Facebook searches performed by the account from April 5, 2016 through January 25, 2018;

(n) All information about the user's access and use of Facebook Marketplace;

(o) The types of service utilized by the user;

(p) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(q) All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(r) All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Facebook is hereby ordered to disclose the above information to the government within **14 DAYS** of service of this warrant.

II. **Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Wire Fraud, 18 U.S.C. § 1343, Mail Fraud, 18 U.S.C. § 1341, and Tax Evasion, 18 U.S.C. § 7201, involving Joan Chenoweth since April 5, 2016, including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) Evidence of transfer or laundering of money.

(b) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(c) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents,

attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the IRS may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

# Return

Case No.: 19-MJ-7194

Date and time warrant executed: 9/18/19 @ 11:42 am

Copy of warrant and inventory left with: LE Portal / Chad Shipley

Inventory made in the presence of: Detect Chad Shipley Champaign Police Department

Inventory of the property taken and name(s) of any person(s) seized:

1. Photos
2. Videos
3. Locations of places checked in from
4. List of Applications and frequency details
5. Postings and Comments
6. Personal Information - Name, address, email, credit card information
7. List of friends

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

s/James Peacock

Date: 10-10-19

*Executing officer's signature*

James Peacock

*Printed name and title*